# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED <br> 1006 Pennsylvania Avenue, S.E. <br> Washington, DC 20003 <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Avenue, N.W. <br> Washington, DC 20530 <br><br> *Defendant*. | Civil Action No. <br> 1:18-cv-01446-EGS |

## JOINT STATUS REPORT AND SCHEDULING PROPOSAL

Pursuant to the Court's August 2, 2018 Minute Order, the Parties submit the following status report and scheduling proposal.

## JOINT RESPONSES TO THE AUGUST 2 MINUTE ORDER

**Topic 1**. *The status of Plaintiff's FOIA request*:

The Department of Justice's Office of Information Policy (OIP) has initiated its search and is waiting for its IT team to return a pull of potentially responsive records. Once OIP receives this pull of potentially responsive records, it will then conduct a preliminary responsiveness review, after which time OIP will be prepared to provide Plaintiff additional information. The parties propose that they file a joint status report no later than Friday, September 14, 2018, which will include any updates about the status of Plaintiff's request.

**Topic 2**: *The anticipated number of documents responsive to plaintiff's FOIA request*:

Until OIP receives a pull of records from its IT team, OIP is unable to estimate the volume of potentially responsive records. Once OIP receives this pull of records and conducts a preliminary responsiveness review, OIP will be prepared to share with Plaintiff the volume of potentially responsive records, as well as an estimate of the time needed to process this material. OIP plans to provide an update on the status of this search in the September 14, 2018 joint status report.

**Topic 3:** *The anticipated date(s) for release of documents responsive to Plaintiff's FOIA request*:

Once OIP receives its pull of records and conducts a preliminary responsiveness review, OIP will be able to propose a production schedule for responsive, non-exempt records, if any.

**Topic 4:** *Whether a motion for an Open America stay is likely in this case*:

If the parties are unable to agree to a proposed schedule, OIP plans to file an *Open America* stay no later than October 5, 2018.

**Topic 5:** *Whether a Vaughn index will be required in this case*:

Once production is completed, the parties will confer and determine whether there are outstanding issues that need to be resolved by the Court and, if so, they will discuss a proposed schedule for briefing and submission of a *Vaughn* index if appropriate. They will submit a joint status report no later than 30 days after the completion of production.

**Topic 6**: *Whether this case would benefit from referral to a magistrate judge or the District Court Mediation Program for purposes of settlement*:

The Parties do not believe that this case would benefit from such a referral.

**Topic 7:** *A proposed briefing schedule for dispositive motions, if applicable*:

      Once production is completed, the parties will confer and determine whether there are outstanding issues that need to be resolved by the Court and, if so, they will then discuss a proposed schedule for briefing and submission of a *Vaughn* index if appropriate. They will submit a joint status report no later than 30 days after the completion of production.

DATED: August 29, 2018                        Respectfully Submitted,

                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan                   ELIZABETH J. SHAPIRO
(D.C. Bar No. 1012943)             Deputy Director
Robert J. Olson
(D.C. Bar No. 1029318)             */s/ Danielle Wolfson Young*
William J. Olson                       Danielle Wolfson Young (TX Bar 4098649)
(D.C. Bar No. 233833)              Trial Attorney, Federal Programs Branch
William J. Olson, P.C.               U.S. Department of Justice, Civil Division
370 Maple Avenue, West, Suite 4    20 Massachusetts Avenue, NW
Vienna, VA 22180-5615             Washington, DC 20530
703-356-5070 (telephone)           Tel.: (202) 616-2035
jmorgan@lawandfreedom.com       Email: Danielle.Young2@usdoj.gov

*Counsel for Plaintiff*                     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Danielle Wolfson Young*
Danielle Wolfson Young (TX Bar 4098649)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-2035
Email: Danielle.Young2@usdoj.gov

*Counsel for Defendant*